# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 263 MAL 2018

             Respondent             :

                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court

               v.                     :

ROGELIO ZALDIVAR PENA,         :

             Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.